| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
August 15, 2016
David J. Bradley, Clerk

ERIC S. TUCKER, §
§
    Petitioner, §
§
versus § CIVIL ACTION H-16-1849
§
LORIE DAVIS, §
§
    Respondent. §

## Order of Adoption

On July 18, 2016, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (7). No party filed objections. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Tucker's petition for writ of habeas corpus is dismissed without prejudice.

Signed _August 15_, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge